JUNE 22, 1994

No. 93–9361 (A–1017). DEPUTY *v.* TAYLOR, WARDEN. C. A. 3d Cir. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins,* 510 U. S. 1141, 1143 (1994), I would grant the application for stay of execution and the petition for certiorari and would vacate the death sentence in this case.

No. 93–9675 (A–1077). DEPUTY *v.* SNYDER, WARDEN. C. A. 3d Cir. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins,* 510 U. S. 1141, 1143 (1994), I would grant the application for stay of execution and the petition for certiorari and would vacate the death sentence in this case.

JUNE 27, 1994

No. 93–45. NATIONAL INTERFAITH CABLE COALITION, INC., OPERATING AS THE VISION INTERFAITH SATELLITE NETWORK, ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. Appeal from D. C. D. C. Judgment vacated and case remanded for further consideration in light of *Turner Broadcasting System, Inc.* v. *FCC, ante,* p. 622.

No. 93–1539. LOUISIANA ET AL. *v.* HAYS ET AL. Appeal from D. C. W. D. La. Judgment vacated and case remanded for further consideration in light of Act 1 of the Second Extraordinary Ses-